UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LISA RICE-MCGARITY,

    Plaintiff,

v.   Case No: 2:25-cv-466-JES-DNF

ROBINSON SPORTS INC. doing business as Fit2Run doing business as The Runner's Superstore,

    Defendant.

## ORDER

This matter comes before the Court on plaintiff's Notice of Voluntary Dismissal Without Prejudice (Doc. #8) filed on September 13, 2025. Defendant has not filed an answer or motion for summary judgment.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this action is **DISMISSED** without prejudice. The Clerk shall terminate all previously scheduled deadlines and pending motions and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this 15th day of September 2025.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies to: Parties of record